IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:00CR3010 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL E. TURBES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a revocation hearing is set to commence at **4:30 p.m. on June 30, 2005** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated: May 19, 2005.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge