IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                )<br>                        Plaintiff,              )<br>                                                                )<br>v.                                                            )<br>                                                                )<br>MICHAEL TURBES,                              )<br>                                                                )<br>                        Defendant.           ) | Case No.  4:00CR3010 |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 52. Being fully advised in the premises, and noting that the Government has no objection to said continuance, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in the above captioned matter is rescheduled to **11:30 a.m.** on Thursday, June 30, 2005. The defendant is ordered to appear at said time.

June 29, 2005.                                        BY THE COURT:


                                                               s/ *Richard G. Kopf*
                                                               United States District Judge